UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul C. BOLIN,<br><br>                Petitioner,<br><br>    v.<br><br>Kevin CHAPPELL,<br>Warden of San Quentin State Prison,<br><br>                Respondent. | Case Number 3-13-mc-_____-CRB<br><br>DEATH-PENALTY CASE<br><br>ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

CV 13 80 034 MISC

Petitioner was convicted and sentenced to death in Kern Superior Court. *See generally Bolin v. Chappell*, No. 1-99-cv-5279-LJO (E.D. Cal. filed Aug. 21, 2012) (Doc. No. 276). This capital habeas action therefore should be heard in the Eastern District of California. N.D. Cal. Habeas L.R. 2254-22(a); E.D. Cal. L.R. 191(f). Accordingly, this action is hereby transferred to the District Court for the Eastern District of California. "The Clerk immediately shall advise the Clerk of Court" of the Eastern District. N.D. Cal. Habeas L.R. 2254-22(c).

*It is so ordered.*

DATED: February 21, 2013

                                                      CHARLES R. BREYER<br>
                                                      United States District Judge